UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GENEVIEVE PRESTAGE**,

    Plaintiff,

v.                                             Case No. 05-74545
                                               Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated May 31, 2006. No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated May 31, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment be granted;

IT IS FURTHER ORDERED that Commissioner's cross-motion for summary judgment be denied and that this matter be remanded for calculation of benefits.

    July 6, 2006                             s/Bernard A. Friedman
     Detroit, Michigan                    BERNARD A. FRIEDMAN
                                                       CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
          **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**